IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
KENNETH J. MURPHY
CLERK

03 OCT 31 PM 3:15

DIST COURT
SO   N DIST OHIO
WEST DIV CINCINNATI

JOSEPH BREITFELDER : Case No. C-1-01-617

Plaintiff : JUDGE BECKWITH

vs. : MAGISTRATE HOGAN

HAMILTON COUNTY SHERIFF : NOTICE ~~COUNTY DEFENDANTS' MOTION~~
SIMON LEIS, et al. : OF ~~TO CONVENTIONALLY FILE~~ FILING
  : EXHIBITS   (T.T.)

Defendants :

## MEMORANDUM

On Friday October 31, 2003 County Defendants filed a Motion for Summary Judgment regarding the above captioned matter. The exhibits referred to in said Motion are voluminous and it is not reasonable to require all exhibits to be filed electronically with the United States District Court via CM/ECF. The exhibits include three (3) depositions, Simon L. Leis, taken on November 21, 2002, Sean Donovan taken on November 22, 2002 and Joseph Michael Breitfelder - Volume II, taken on July 5, 2001. The depositions with attachments were in excess of one hundred (100) pages. Additional exhibits to the Motion are in excess of fifty (50) pages. Therefore, Defendants request leave to conventionally file the exhibits referred to in the County Defendants' Motion for Summary Judgment.

Respectfully submitted,

*[signature]*
Stephen K. Shaw, (0018652)
Susan M. Gertz, (0065319)
Assistant Prosecuting Attorneys
230 E. Ninth Street, Suite 4000
Cincinnati, Ohio 45202
513/ 946-4000 - Telephone
513/946-3018 - Fax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion with attached exhibits has been served this 31st. day of October , 2003, by regular U.S. Mail to the following:

Lucian Bernard, Esq.
Attorney at Law
1224 Highway Avenue
Covington, Kentucky 41012

*[signature]*
Stephen K. Shaw (0018652)
Susan Marie Gertz (0065319)
Assistant Prosecuting Attorneys