**FILED**
DEC - 4 2003
CINCINNATI, OHIO

03 DEC -1 PM 4:25

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| JOSEPH BREITFELDER | CASE NO. C-1-01-617 |
| v. | JUDGE BECKWITH |
| HAMILTON COUNTY SHERIFF SIMON LEIS, et al. | MAGISTRATE HOGAN |
| Defendants | NOTICE BY PLAINTIFF'S ~~MOTION~~ OF ~~TO~~ CONVENTIONALLY Filing ~~FILE~~ EXHIBITS |

## MEMORANDUM

On Monday December 1, 2003 Plaintiff filed a Response to Defendants' Motion for Summary Judgment regarding the above captioned matter. The exhibited referred to in said Motion is voluminous and it is not reasonable to require all exhibits to be filed electronically with the United States District Court via CM/ECF. The exhibits include excepts from seven separate depositions, medical reports from four different doctors, documents from two separate administrative hearings, and other evidence supporting Plaintiff's Response to Defendants' Motion for Summary Judgment. The total pages of exhibits exceed (50) pages. Therefore, Plaintiff request leave to conventionally file the exhibits referred to in the Plaintiff's Response to Defendant's Motion for Summary Judgment.

Respectfully submitted,
/s/ Lucian Bernard #0047159
/s/ Lucian Bernard #0047159
Pearson & Bernard PSC
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the preceding Request for Admissions have been served upon counsel for Defendant, by Federal Express overnight delivery, this 1st day of December, 2003

*[signature]*