**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Joseph Breitfelder,
    Plaintiff

v.                               Case No.  1:01-cv-617
Simon Leis, et al.,
    Defendants

**NOTICE**

      Due to this Court's current criminal calendar, the Final Pretrial/Settlement Conference is **RESCHEDULED** from September 24, 2004 **TO October 8, 2004 at 9:00 a.m.**, before Judge Beckwith in room 810. All deadlines are to be calculated from this new date.

      Counsel are reminded that trial counsel and their clients shall be present at the final pretrial/settlement conference unless otherwise excused by the Court prior to the conference. The parties must have exchanged offers and demands at least forty-eight (48) hours prior to the conference and have full authority to discuss settlement at the conference.

July 12, 2004                                          s/Mary Brown
Date                                                 Mary Brown, 513.564.7520
                                                         Case Manager to Judge Beckwith