### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPH BREITFELDER<br>238 Lyness Drive<br>APT. #179<br>Harrison, Ohio 45030 | : <br>:<br>:<br>:<br>: | CASE NO. C-1-01-617<br><br><br>JUDGE BECKWITH |
| v. | :<br>: | |
| SIMON LEIS, individually and in his capacity<br> as Sheriff of Hamilton County<br>1000 Sycamore Street, Room 110<br>Cincinnati, OH 45202 | :<br>:<br>:<br>:<br>:<br>: | **NOTICE OF APPEARANCE** |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::

Now come attorneys Elizabeth Zink Pearson and Mary Beth Gettins, this Notice of Appearance in this litigation on behalf of Plaintiff, Joseph Breitfelder

Both counsel are admitted to practice in the Southern District of Ohio and both are familiar with the Local Rules of the United States District Court for the Southern District of Ohio.

                                              Respectfully submitted,

                                              /s/ Elizabeth Zink-Pearson_____
                                              Elizabeth Zink Pearson (0047284)

                                              /s/ Mary Beth Gettins_____
                                              Mary Beth Gettins (0076632)

                                              Counsel for Plaintiff
                                              PEARSON & BERNARD, PSC
                                              1224 Highway Ave.
                                              Covington, Kentucky 41011
                                              (859) 655-3700 fax(859)655-3703

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing was served upon John J. Arnold, Hamilton County Assistant Prosecuting Attorney and counsel for Defendants Leis via regular mail on September 10th, 2004.

      /s/ Elizabeth Zink-Pearson_____
      Elizabeth Zink-Pearson