IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPH BREITFELDER | : | CASE NO. C-1-01 617 |
| Plaintiff | : | Judge Beckwith |
| vs. | : | Magistrate Judge Hogan |
| SIMON L. LEIS, JR., et al. | : | **NOTICE TO TAKE VIDEOTAPE DEPOSITION OF DR. BERNARD BACEVICH** |
| Defendants | : | |

Please take Notice that Defendants, by and through agreement of counsel, will take the videotape deposition of Dr. Bernard B. Bacevich, at 3830-C Woodridge Blvd. Woodridge Professional Park, Fairfield, Ohio 451014 on Wednesday October 6, 2004 beginning at 1:00 p.m. The videotape deposition, will be conducted pursuant to the Federal Rules of Civil Procedure for all uses and purposes authorized hereby and will be continued from day to day until completed.

You are invited to attend and participate at said deposition.

Respectfully submitted,

MICHAEL K. ALLEN
PROSECUTING ATTORNEY
HAMILTON COUNTY, OHIO

/s/ Stephen K. Shaw
Stephen K. Shaw, 0018652
Assistant Prosecuting Attorney
Hamilton County, Ohio
230 E. Ninth Street, Suite 4000
Cincinnati, Ohio 45202-2151
513/946-3071 (Shaw)
FAX 513/946-3018

        TRIAL ATTORNEY FOR DEFENDANTS LEIS,
        PORTUNE, NEYER, AND DOWLIN

### **CERTIFICATE OF SERVICE**

    I hereby certify that on September 15, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Lucian Bernard, Esq.
Elizabeth Zink-Pearson, Esq.
Mary Beth Gettins, Esq.
PEARSON & BERNARD, PSC
1224 Highway Avenue
Covington, Kentucky 41011

        /s/ Stephen K. Shaw
        Stephen K. Shaw, 0018652
        Assistant Prosecuting Attorney