UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPH BREITFELDER, | : | CASE NO. 1:01-CV-617 |
| Plaintiff, | : | |
| v. | : | |
| | : | **NOTICE OF SUBSTITUTION** |
| SIMON LEIS, et al., | : | **OF COUNSEL FOR PLAINTIFF** |
| Defendants. | : | |

Come now counsel for Plaintiff, Freking & Betz, pursuant to United States District Court for the Southern District of Ohio, Western Division, Local Rule 4.3(e) and hereby substitute Attorneys Lucian J. Bernard, Elizabeth Zink-Pearson and Mary Elizabeth Gettins of the law firm Pearson & Bernard for Attorneys Leanne R. Montgomery and Randolph H. Freking of the law firm Freking & Betz. Such substitution is made with the client's knowledge and consent.

Respectfully submitted,

/s/ Leanne R. Montgomery
Randolph H. Freking (#0009158)
Leanne R. Montgomery (#0073301)
Freking and Betz
215 East Ninth Street, Fifth Floor
Cincinnati, OH 45202
(513) 721-1975/(513) 651-2570 (fax)
randy@frekingandbetz.com
lmontgomery@frekingandbetz.com
Attorneys for Plaintiff