**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| JOSEPH BREITFELDER, | : | CASE NO. 1:01-CV-617 |
| | : | Judge Beckwith |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SIMON LEIS, et al., | : | |
| | : | |
| Defendants. | : | |

# NOTICE OF APPEAL

Notice is hereby given that Joseph Breitfelder hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Grant of Defendant's Motion for Summary Judgment on Plaintiff's disability discrimination claims entered in this action on the 20th day of September, 2004.

Respectfully submitted,

Randolph H. Freking (#0009158)
Leanne R. Montgomery (#0073301)
Freking and Betz
215 East Ninth Street, Fifth Floor
Cincinnati, OH 45202
(513) 721-1975/(513) 651-2570 (fax)
randy@frekingandbetz.com
lmontgomery@frekingandbetz.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on Stephen Kinnear Shaw, 230

East Ninth St., Ste. 4000, Cincinnati, OH 45202, and Susan Marie Gertz, Gertz Law Firm, 401

Pike St., Reading, OH 45215, via regular U.S. mail this 19th day of October, 2004.