```
Tue Oct 19 15:55:04 2004

    UNITED STATES DISTRICT COURT
    CINCINNATI, OH

Receipt No.   100 424499
Cashier       mc1

Check Number: 13382

DO Code    Div No
 4661        1

Sub Acct Type Tender     Amount
1:086900  N     2        105.00
2:510000  N     2        150.00

Total Amount      $      255.00

FREKING & BETZ

NOTICE OF APPEAL 1:01CV617




Tue Oct 19 15:55:04 2004

Check No.  13382
Amount$    255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```