UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 04-4364

Filed: October 31, 2005

JOSEPH BREITFELDER

    Plaintiff - Appellant

v.

SIMON LEIS, Sheriff, et al.,

    Defendants - Appellees

1:01cv617

## MANDATE

Pursuant to the court's disposition that was filed 10/7/05 the mandate for this case hereby issues today.

A True Copy.

COSTS:    NONE

Attest:

Filing Fee .........$
Printing ...........$

    Total ........$

_Nancy Baines_
Deputy Clerk