***Office of the Clerk***
***United States District Court***
***103 Potter Stewart U.S. Courthouse***
***100 East Fifth Street***
***Cincinnati, Ohio  45202***
***513/564-7520***

January 10, 2006

All Counsel

RE:    *1:01-cv-617 Breitfelder v Leis*

As you are aware, the above captioned case was affirmed on November 1, 2005.  Therefore, should you choose to retrieve any depositions filed on behalf of your client, please do so by January 20, 2006.  **Please call me to make arrangements**.  Any depositions not retrieved by this date will be discarded.

Sincerely,

s/Mary Brown
Mary Brown
Case Manager to Judge Beckwith

cc:  File